**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:06-cr-00291 OWW |
| | ) | |
| Plaintiff, | ) | **DETENTION ORDER FOR** |
| V. | ) | **DEFENDANT ON PROBATION** |
| | ) | **OR SUPERVISED RELEASE** |
| ERIKA HERRERA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

A.  **Order For Detention**
     After conducting a hearing on a violation of supervised release, the Court orders the above-named defendant detained.

B.  **Statement Of Reasons For The Detention**
     The Court orders the defendant's detention because it finds by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.

C.  **Findings Of Fact**
     The Court's findings are based on the evidence:

     (1) Nature and circumstances of the offense for which defendant was originally convicted:
           __X__ (a) The crime: 18 U.S.C. § 371, Conspiracy to Possess Stolen Mail, Fraudulent Use of an Access Device Issued to Another Person, and Bank Fraud
           _____ (b) The original commitment offense is a crime of violence.
           _____ (c) The original commitment offense is punishable by life imprisonment or death.
           _____ (d) The original commitment offense is one for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. 801 et seq.), the Controlled Substances Import and Export Act (21 U.S.C. 951 et seq.), or the Maritime Drug Law Enforcement Act (46 U.S.C. App. 1901 et seq.).

     (2) The weight of the evidence against the defendant is high.

     (3) The history and characteristics of the defendant including:

         (a) General Factors:
               _____ The defendant appears to have a mental condition which may affect whether the defendant will appear.
               _____ The defendant has no family ties in the area.
               _____ The defendant has no steady employment.
               _____ The defendant has no substantial financial resources.
               _____ The defendant is not a long time resident of the community.
               _____ The defendant does not have any significant community ties.

         (b) Past conduct of the defendant:
               _____ The defendant has a history relating to drug abuse.
               _____ The defendant has a history relating to alcohol abuse.
               _____ The defendant has a history relating to mental health problems.

    _____ The defendant has a significant prior criminal record.
    _____ The defendant has a prior record of failure to appear at court proceedings.
    _____ Other:

(c) Whether the defendant was on probation, parole, or release by a court:
   At the time of the current arrest, the defendant was on:
    __X__ Probation
    _____ Parole
    _____ Release pending trial, sentence, appeal or completion of sentence.

(d) Other Factors:
    _____ The defendant is an illegal alien and is subject to deportation.
    _____ The defendant is a legal alien and will be subject to deportation if convicted.
    _____ Other:

(4) The nature and seriousness of the danger posed by the defendant's release are as follows:

**D.**  **Additional Directives**

Pursuant to 18 U.S.C. §3142(i)(2)-(4), the Court directs that:

 The defendant be committed to the custody of the Attorney General for confinement in a corrections facility; and

 The defendant be afforded reasonable opportunity for private consultation with his counsel; and

 That, on order of a court of the United States, or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

 IT IS SO ORDERED.

Dated: **July 16, 2008**        /s/ **Gary S. Austin**
                  UNITED STATES MAGISTRATE JUDGE