```
                      UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,       )
                                )
              Plaintiff         )      1:06CR00291-004 OWW
                                )
      v.                        )
                                )
ERIKA HERRERA,                  )
                                )
              Defendant         )      ORDER TO CONTINUE ON SUPERVISED
_____  )      RELEASE/ORDER OF RELEASE
```

The above-named defendant, having appeared before this Court for a status hearing is hereby ordered continued on supervised release with the following modification to her terms of supervised release:

The defendant shall reside and participate in a residential community corrections center, Turning Point Comprehensive Sanctions Center, Fresno, California for a period of up to 180 days; said placement shall commence on September 5, 2008 pursuant to 18 USC 3563(b)(11).  Subsistence cost of confinement is waived.

It is further ordered the defendant remain in custody at Fresno County Jail until September 5, 2008 at which time she is to be released to Turning Point Comprehensive Sanctions Center, Fresno, California, at or about 3:00 PM.

All previous orders are to remain in full force and effect.

It is further ordered that a status hearing be set for March 16, 2009 at 9:00 AM before this Court.

1

1  IT IS SO ORDERED.

2  **Dated:   September 2, 2008**              **/s/ Oliver W. Wanger**
                                               UNITED STATES DISTRICT JUDGE